IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| V.I. DERIVATIVES, LLC, by VIFX, LLC, its TAX MATTERS PARTNER, by RICHARD VENTO, its TAX MATTERS PARTNER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | Civil No. 06-cv-0012-JRS-RM<br><br><br><br>JUDGMENT |

Pursuant to the Court's December 13, 2011 Order, Judgment is hereby entered in this case that, except as to the penalties determined in ¶ 10 of the FPAA issued to V.I. Derivatives, LLC, the determinations made in the FPAA issued to V.I. Derivatives, LLC are sustained in full.

January 9, 2012

WILFREDO F. MORALES
**CLERK OF COURT**

By: WF Morales
        Clerk

COPIES TO:

Stuart D. Gibson, Esquire
Joycelyn Hewlett, Esquire
Dara B. Oliphant, Esquire
Joseph M. Erwin, Esquire
Marjorie R. Roberts, Esquire
Edward M. Robbins, Esquire